# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2008

135621

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROBERT ALAN REUTHER,
      Defendant-Appellant.

SC: 135621
COA: 281059
Livingston CC: 04-014739-FH

_____/

      On order of the Court, the application for leave to appeal the November 21, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., would remand this case to the Court of Appeals for consideration, as on leave granted, of the defendant's claim that his plea of guilty to assault of a prison employee was the product of threats and coercion resulting from beatings and threats of beatings by Livingston County Jail corrections officers.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2008

Clerk

p0514